IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOMAS E DAVIS, JR.<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC.<br><br>Defendant. | Case No.: 1:22-cv-00705-PTG-JFA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Thomas E. Davis, Jr. and Defendant Delta Airlines, Inc., by counsel, and pursuant to Federal Rules of Civil Procedure 42(a)(1)(A)(ii), hereby submit this stipulation of dismissal with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 21, 2023

Respectfully submitted,
Plaintiff and Defendant
By Counsel

/s/
Matthew T. Sutter, VSB # 66741
Sutter & Terpak PLLC
7540A Little River Turnpike
First Floor
Annandale, VA 22003
703-256-1800
Fax: 703-991-6116
matt@sutterandterpak.com
Counsel for Plaintiff

/s/
Jocelyn R. Cuttino, Esq., VSB 81379
Morgan, Lewis & Bockius LLP,
1111 Pennsylvania Ave. NW,
Washington DC 20004
202-739-5927
Jocelyn.Cuttino@morganlewis.com
Counsel for Defendant

So ordered 2/22/23

/s/
Patricia Tolliver Giles
United States District Judge